UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEODORO URBINA,

    Petitioner,

v.

    Case No. 19-cv-10728
    Hon. Matthew F. Leitman

J. A. TERRIS, WARDEN,

    Respondent

_____/

## JUDGMENT

The above entitled matter having come before the Court on a petition for a writ of habeas corpus, Honorable Matthew F. Leitman, a United States District Court Judge, presiding, and in accordance with the Order entered on April 15, 2019,

The petition for a writ of habeas corpus is DENIED and DISMISSED WITHOUT PREJUDICE.

DAVID J. WEAVER
CLERK OF THE COURT

APPROVED:

BY: s/Holly A. Monda
    DEPUTY CLERK

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2019
Flint, Michigan